UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80543

TCC AIR SERVICES, INC., a Delaware
corporation; and BASIC SYSTEMS
OF DELAWARE, INC., a Delaware
corporation

    Plaintiffs,

vs.

RICHARD M. SCHLESINGER,

    Defendant.
_____/



CIV-RYSKAMP

## COMPLAINT

Plaintiffs, TCC AIR SERVICES, INC., a Delaware corporation and BASIC SYSTEMS OF DELAWARE, INC., a Delaware corporation, by and through their undersigned counsel, hereby sue Defendant, RICHARD M. SCHLESINGER, an individual, and as grounds therefore allege as follows:

### Jurisdiction and Venue

1.     This is an action for damages in excess of $75,000.00 exclusive of costs, interest and attorney's fees.

2.     This Court has diversity jurisdiction over this entire cause pursuant to 28 U.S.C.§ 1332; and pendent jurisdiction over Count III for Breach of Oral Contract, pursuant to 28 U.S.C. §1367(a).



3. The Plaintiff, TCC Air Services, Inc. ("TCC"), is a corporation incorporated under the laws of the State of Delaware with its principal place of business at 75 Holly Hill Lane, Greenwich, Connecticut 06830.

4. The Plaintiff, Basic Systems of Delaware, Inc. ("Basic Systems") is a corporation incorporated under the laws of the State of Delaware with its principal place of business at 75 Holly Hill Lane, Greenwich, Connecticut 06830.

5. Upon information and belief, the Defendant, Richard M. Schlesinger ("Schlesinger"), is an individual residing at 801 South County Road, Palm Beach, Florida 33480-4807, is over 18 years of age and is otherwise *sui juris*.

6. This action arises out of the unauthorized use of jet aircraft.

## General Allegations

7. Plaintiff Basic Systems owned a Beechjet 400A jet aircraft bearing manufacture's serial number RK-173 and United States Registration Number N2273Z ("Aircraft N2273Z") at all relevant times up to December 21, 2004, on which date Basic Systems sold Aircraft N2273Z, including all claims and rights relating thereto, to its affiliated corporation, TCC.

8. In addition to owing Aircraft N2273Z, TCC also owns a second Beechjet 400A jet aircraft bearing manufacture's serial number RK-13 and United States Registration Number N13GB ("Aircraft N13GB"). Accordingly, TCC presently owns aircraft N2273Z and aircraft N13GB (together the "Plaintiff's Aircraft").

9. Starting no later than August 2004 and continuing until March 2005, TCC and Schlesinger conducted negotiations with Aero Toy Store, LLC, a Florida limited liability company ("ATS"), for TCC and Schlesinger jointly to purchase another aircraft; namely a Learjet 60, bearing

manufacture's serial number 60-029 and United States Registration Number N296TS (the "Learjet 60"), which both parties would then use in their separate business enterprises.

10. Included in the draft purchase agreement which, if executed, would have provided for the purchase of the Learjet 60, were provisions for TCC to simultaneously sell its Aircraft to ATS.

11. As part of their negotiations for the Learjet 60, TCC and Schlesinger organized a Delaware limited liability company under the name Aero Zap, LLC ("Aero Zap") on November 3, 2004, and TCC and Schlesinger's affiliate, called "Aero Zap Member", another Delaware limited liability company, became members of Aero Zap pursuant to a fully executed limited liability company agreement dated as of December 20, 2004. Schlesinger signed this agreement on behalf of "Aero Zap Member".

12. On December 20, 2004, in furtherance of the business negotiations between TCC and Schlesinger, TCC and Schlesinger's affiliate, Aero Zap Members, LLC, entered into a memorandum of understanding, which provided for their sharing of the use and cost of the Learjet 60, once it was acquired by Aero Zap.

13. During the period beginning on or about November 1, 2004 and ending on or about December 31, 2004, Schlesinger used the Plaintiffs' aircraft to make one or more authorized and more than 19 unauthorized flights for himself, his family and /or his associates, totaling more than 81.9 flight hours, for none of which did he compensate either of the Plaintiffs. Many of theses flights were between Westchester County Airport (HPN) in White Plains, New York and one or another Florida Airport including, West Palm Beach International Airport (PBI).

14. For specific flights on or about October 18-19, 2004 and November 1, 2004 between Fort Lauderdale Executive Airport (FXE) or West Palm Beach International Airport(PBI) and White Plaines, New York (HPN), Schlesinger was authorized to use Aircraft N2273Z, but he failed to pay either Plaintiff for the cost of these flights.

15. Although 81.9 actual hours were flown by Schlesinger in Aircraft N2273Z, as documented on the Hobbs meter which measures the number of hours an aircraft is in flight, Schlesinger manually recorded only 41.9 hours of flight time. See log entries on Exhibit "A" hereto.

16. In addition to the 81.9 hours of flight on Aircraft N2273Z, Schlesinger also used Aircraft N13GB, to make unauthorized flights during the period December 15, 2004 through December 31, 2004.

17. The Defendant violated the trust and confidence created by the business relationship described above by making and arranging the unauthorized flight on the Plaintiffs' Aircraft and failing to reimburse the Plaintiffs therefor.

18. To date, Schlesinger has failed to pay either Plaintiff for his use of the Plaintiffs' Aircraft referred to above.

19. On March 16, 2005, TCC sent Schlesinger an invoice for the costs incurred by the Plaintiffs resulting from Schlesinger's use of the Plaintiffs' Aircraft, a copy of which is attached is attached as Exhibit "B".

20. On March 24, 2005, TCC e-mailed Schlesinger demanding payment for his authorized and unauthorized use of the Plaintiffs' Aircraft.

21. Despite said demand, Schlesinger has failed, refused or neglected to pay the Plaintiffs for Schlesinger's unauthorized use of the Plaintiffs' Aircraft.

22. All conditions precedent to bringing this claim have been performed, satisfied, excused or waived.

## COUNT ONE: UNJUST ENRICHMENT

23. The Plaintiffs reallege Paragraph 1 though 22 of the General Allegations as though fully set forth herein.

24. Defendant Schlesinger has been unjustly benefitted by his failure to pay the Plaintiffs the money fully set forth herein.

25. As a result, the Plaintiffs have been damaged to the extent of unreimbursed costs and loss of profits.

## COUNT TWO: CONVERSION

26. The Plaintiffs reallege Paragraph 1 through 22 of the General Allegations as though fully set forth herein.

27. Defendant intentionally assumed unauthorized control of Plaintiffs' Aircraft when it made the aforementioned unauthorized flights to the exclusion of Plaintiff's rights.

28. As a result, the Plaintiffs have been damaged and sustained ascertainable losses.

## COUNT THREE: BREACH OF ORAL CONTRACT

29. The Plaintiffs reallege Paragraph 1 through 22 of the General Allegations as though fully set forth herein.

30. Pursuant to the oral contract between the parties, Defendant was authorized to use Plaintiffs' aircraft as more fully described in paragraphs 13 and 14 above, and pay for same.

31. Defendant Schlesinger breached the oral contract by failing to pay for the use of the aircraft.

32.  Defendant Schlesinger has been unjustly benefitted by his failure to pay the Plaintiffs the money fully set forth herein.

33. As a result of Schlesinger's breach, the Plaintiffs have been damaged and sustained ascertainable losses.

WHEREFORE, Plaintiffs, TCC AIR SERVICES, INC. and BASIC SYSTEMS OF DELAWARE, INC, respectfully request this Honorable Court enter a judgment for damages against Defendants, RICHARD M. SCHLESINGER, plus pre-judgment interest and taxable costs, and for such other and further relief as this Court deems just and proper.

Dated this 7th day of June, 2005.

LAW OFFICES OF WILLIAM H. PINCUS
*Attorneys for Plaintiffs*
328 N. Lakeside Court
West Palm Beach, Florida 33407
(561) 868-1340
(561) 366-1310 facsimile
whpincus@lycos.com

By: _____
William H. Pincus
Florida Bar No.:65595

EXHIBIT "A"

# FLIGHT LOG
## BEECHJET RK 173
## (N2273Z)

| DATE | ROUTE | PASSENGER | HOBB OUT | HOBB IN | FLIGHT HRS | |
|---|---|---|---|---|---|---|
| 20-21/Abr/04 | HEX-FLL-FXE | Llevar Avión | 1,834.8 | 1,837.0 | 2.2 | |
| 5-6/Jun/04 | FXE-HEX-LRM-ILM-HPN | PARNES | 1,837.0 | 1,843.4 | 6.4 | |
| 6-10/Jun/04 | HPN-FXE-PBI-FXE-LRM | RGB | 1,843.4 | 1,848.7 | 5.3 | |
| 11-16/Jun/04 | LRM-FLL-HPN-ACY-HPN-IAD-HPN | RGB | 1,848.7 | 1,856.4 | 7.7 | |
| 7/2/04 | HPN-ILM-LRM | FAMILIA RGB | 1,856.4 | 1,860.4 | 4.0 | |
| 5-7/7/04 | LRM-ILM-HPN-FXE | FAMILIA RGB | 1,860.4 | 1,867.0 | 6.6 | |
| 12-14/07/04 | FXE-LRM | RGB | 1,867.0 | 1,868.9 | 1.9 | |
| 14-15/07/2004 | LRM-HEX-POS-HEX | EGE HAINA | 1,868.9 | 1,873.1 | 4.2 | |
| 7/15/04 | HEX-FXE | RGB | Falta Hobb | | | |
| 7/30/04 | FEX-PBI-HPN | RGB | 1,874.9 | 1,877.6 | 2.7 | |
| 11/1-4-/04 | FXE-PBI-ATL-HPN-PBI-FXE | SCHLESSINGER | 1,891.4 | 1,897.7 | 6.3 | Brinca 13.80 hrs |
| 11/22/04 | FXE-PBI | SCHLESSINGER | 1,909.9 | 1,910.1 | 0.20 | Brinca 12.12 hrs |
| 11/22/04 | PBI-HPN | SCHLESSINGER | 1,910.1 | 1,912.8 | 2.70 | |
| 11/23/04 | HPN-MIA | SCHLESSINGER | 1,912.8 | 1,915.4 | 2.60 | |
| 11/23/04 | MIA-HPN | SCHLESSINGER | 1,915.4 | 1,918.1 | 2.70 | |
| 11/24/04 | HPN-PBI | SCHLESSINGER | 1,918.1 | 1,921.0 | 2.90 | |
| 11/24/04 | PBI-HPN | SCHLESSINGER | 1,921.0 | 1,923.8 | 2.80 | |
| 11/24/04 | HPN-PBI | SCHLESSINGER | 1,923.8 | 1,926.5 | 2.70 | |
| 11/30/04 | PBI-PDK | SCHLESSINGER | 1,926.5 | 1,928.0 | 1.50 | |
| 11/30/04 | PDK-HPN | SCHLESSINGER | 1,928.0 | 1,929.8 | 1.80 | |
| 12/2/04 | HPN-PBI | SCHLESSINGER | 1,929.8 | 1,932.9 | 3.10 | |
| 12/6/04 | KPBI-KTPA | SCHLESSINGER | 1,932.9 | 1,933.6 | 0.70 | |
| 12/6/04 | KTPA-KORL | SCHLESSINGER | 1,933.6 | 1,934.0 | 0.40 | |
| 12/7/04 | KORL-KPBI | SCHLESSINGER | 1,934.0 | 1,934.5 | 0.50 | |
| 12/7/04 | KPBI-KPDK | SCHLESSINGER | 1,934.5 | 1,936.0 | 1.50 | |
| 12/7/04 | KPDK-KPBI | SCHLESSINGER | 1,936.0 | 1,937.5 | 1.50 | |
| 12/12/04 | KPBI-KHPN | SCHLESSINGER | 1,937.5 | 1,940.3 | 2.80 | |
| 12/14/04 | KHPN-KPNE | SCHLESSINGER | 1,940.3 | 1,941.1 | 0.80 | |
| 12/14/04 | KDNE-KPDK | SCHLESSINGER | 1,941.1 | 1,943.0 | 1.90 | |
| 12/15/04 | KPDK-KPBI | SCHLESSINGER | 1,943.0 | 1,944.3 | 1.30 | 34.40 |

EXHIBIT "B"

# TCC Air Services, Inc.

75 Holly Hill Lane, Greenwich, CT 06830 (USA)
A. Lincoln Ave. / J. F. Kennedy, Ambar Bldg. 5th floor
(809) 549-7659  Fax (809) 549-7757

**SHARED COSTS INVOICE**

| | No. | 3168 |
|---|---|---|
| | Date: | 16-Mar-05 |
| Sold to: SCHLESSINGER | Due Date: | 16-Mar-05 |
| Address: CIUDAD | | |
| Phone: | | |
| Aircraft: N2273Z | | |

| Quantity | Description | US $ | Total US$ |
|---|---|---|---|
| 76.2 | Flight hours from 11/01/04 to 12/29/04 | 1,000.00 | 76,200.00 |
| 5.7 | Flight hours from 1/2/05 (fuel included) | 1,800.00 | 10,260.00 |
| | Flight Crew Unlimited, Inc. - Services | | 2,997.38 |
| | World Fuel from 11/01/04 to 12/28/04 | | 4,157.51 |
| | Pilot Expenses | | 1,154.82 |
| | Ref. Lien Letter from march 15, 2005 | | 3,589.42 |
| | (Invoice #20865, dated 12/27/04 from Big Sky Aviation) | | |
| | PAX: SCHLESSINGER | | |

Total US$========>  US$  **98,359.13**

Received by [ ]

Por favor emitir cheque o transferencia a nombre de:
**TCC Air Services, Inc.**
C/O Citibank FSB
16-18 Railroad Ave.
Greenwich, CT 063830
A/C #45365222
ABA #221172610

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **05-80543**

TCC AIR SERVICES, INC., a Delaware
corporation; and BASIC SYSTEMS
OF DELAWARE, INC., a Delaware
corporation

      Plaintiffs,

vs.

RICHARD M. SCHLESINGER,

      Defendant.
_____/

CIV-RYSKAMP

MAGISTRATE JUDGE
VITUNAC

FILED BY: _____ D.C.
2005 JUN 15 PH 1:40

TO DEFENDANT:

RICHARD M. SCHLESINGER
801 COUNTY ROAD
PALM BEACH, FL 33480-4807

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiffs, an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox
_____
CLERK

_____
(BY) DEPUTY CLERK

JUN 15 2005
DATE

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
TCC Air Services, Inc., a Delaware Corporation; and Basic Systems of Delaware, Inc., a Delaware corporation

**DEFENDANTS**
Richard M. Schlesinger

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: State of Delaware
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Palm Beach
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

05-80543

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Law Offices of William H Pincus
328 N. Lakeside Court, West Palm Beach FL 33407

ATTORNEYS (IF KNOWN)
CIV-RYSKAMP

**(d)** CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, BROWARD, (PALM BEACH), MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

9:05 CV 80543-Ryskamp-Vitunac

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | B☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | B☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | B☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | B☐ 640 R R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | B☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 345 Marine Product Liability | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | B☐ 690 Other | **B SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | **A LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | **PERSONAL INJURY** | ☐ 720 Labor/Mgmt Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| | ☐ 362 Personal Injury - Med Malpractice | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| **A REAL PROPERTY** | ☐ 365 Personal Injury - Product Liability | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| B☐ 220 Foreclosure | **PERSONAL PROPERTY** | ☐ 791 Empl Ret Inc Security Act | A☐ 870 Taxes (U S Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 370 Other Fraud | | A☐ 871 IRS – Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 371 Truth in Lending | | | ☐ 890 Other Statutory Actions A OR B |
| ☐ 245 Tort Product Liability | ☐ 380 Other Personal Property Damage | | | |
| ☐ 290 All Other Real Property | ☐ 385 Property Damage Product Liability | | | |
| | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | | |
| | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | | |
| | ☐ 442 Employment | **HABEAS CORPUS:** | | |
| | ☐ 443 Housing/Accommodations | B☐ 530 General | | |
| | ☐ 444 Welfare | A☐ 535 Death Penalty | | |
| | ☐ 440 Other Civil Rights | B☐ 540 Mandamus & Other | | |
| | | B☐ 550 Civil Rights | | |
| | | B☐ 555 Prison Condition | | |

**VI. CAUSE OF ACTION** (CITE THE U S CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)
Unjust enrichment, conversion and breech of oral contract, Statute 28 USC 1332, 28 USC 1367(a).

LENGTH OF TRIAL
via 8 days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT:**
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S)** (See instructions):
IF ANY
JUDGE _____ DOCKET NUMBER _____

DATE: 6/13/05
SIGNATURE OF ATTORNEY OF RECORD: [signature]

FOR OFFICE USE ONLY
RECEIPT # 53432   AMOUNT 250.00   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____